**Order entered July 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00462-CV

**LEN RAO, Appellant**

**V.**

**THE AMERICAN ARBITRATION ASSOCIATION, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-00255-B**

## ORDER

Before the Court is appellant's July 18, 2013 unopposed second motion for an extension of time to file a brief. Appellant sought an extension until July 22, 2013. Appellant did not tender a brief on July 22, 2013. Accordingly, we **DENY** appellant's motion as moot.

On the Court's own motion, we **ORDER** appellant to file his brief in this accelerated appeal **on or before July 31, 2013**.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE